# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE JORDAN,<br><br>            Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>            Defendant. | 1:11cv01406 DLB<br><br>ORDER DIRECTING CLERK OF COURT TO RETURN DOCUMENTS |

    Plaintiff Charlotte Jordan is proceeding pro se in this appeal of the denial of Social Security benefits.

    On December 20, 2011, the Court received documents from Plaintiff that appear to relate attorney fee issues. To the extent the documents relate to arguments Plaintiff intends to present in her Opening Brief, the documents are premature.

    In the Court's August 26, 2011, Scheduling Order, the Court set forth the requirements of a Social Security Appeal. Within 120 days of service, Defendant will serve and file the Administrative Record. Once the record is filed, the parties exchange letter briefs and Plaintiff ultimately files an Opening Brief with the Court.[1]

---

[1] To assist Plaintiff in understanding the steps of this appeal, the Court will issue a separate Informational Order for Pro Se Litigants.

1

1  Here, Defendant was served on October 24, 2011, and the Administrate Record is not due
2  until February 24, 2012. Plaintiff's filing is therefore premature and the Clerk is DIRECTED to
3  RETURN the documents to Plaintiff.

6  IT IS SO ORDERED.

7  **Dated:   December 22, 2011**          /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE