# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLOTTE JORDAN, | ) | 1:11cv01406 DLB |
| | ) | |
| Plaintiff, | ) | ORDER RE: OPENING BRIEF |
| v. | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| Defendant. | ) | |

    Plaintiff Charlotte Jordan is proceeding pro se in this appeal of the denial of Social Security benefits. On August 26, 2011, the Court issued a Scheduling Order. Pursuant to the Scheduling Order, Plaintiff was required to file her opening brief on or before June 4, 2012. Plaintiff did not file an opening brief.

    On June 19, 2012, the Court received a document from Plaintiff stating she will not be able to file her opening brief. Plaintiff explains that she has had multiple issues that disabled her computer and she has been unable to file her opening brief or request an extension of time. Plaintiff states that it would be "impossible" for her to attempt further appeal without computer and that she has no idea how long it will take to have her computer repaired or even if it can be repaired. Plaintiff indicates that she wanted "to address the court with an explanation and some type of closure." Doc. 15.

1    It is not entirely clear whether Plaintiff is requesting an extension of time to file her
2 opening brief or whether she is seeking to dismiss this case.  If Plaintiff seeks an extension of
3 time, then she should contact counsel for the Commissioner of Social Security to request an
4 extension and, as appropriate, submit either a stipulation or motion for an extension of time
5 within **twenty-eight (28) days** after service of this order.  Alternatively, if Plaintiff seeks
6 dismissal of this action, then she should submit either (1) a stipulation of dismissal signed by all
7 parties or (2) request that the Court dismiss this action within **twenty-eight (28) days** after
8 service of this order.  Fed. R. Civ. Proc. 41(a).

   IT IS SO ORDERED.

   Dated:   **June 22, 2012**           /s/ **Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE