BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 977-8873
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHARLOTTE JORDAN,<br>    Plaintiff,<br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | Case No. 1:11-cv-001406-DLB<br><br>STIPULATION AND ORDER FOR<br>AN EXTENSION TO JULY 23, 2012, FOR<br>PLAINTIFF TO FILE HER OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Plaintiff shall have a first extension of time to file her opening brief. Plaintiff is proceeding pro se and has had problems with her computer, and therefore requires additional time to prepare and file her opening brief.

    The parties stipulate that Plaintiff's opening brief will be due July 23, 2012.  All other due dates will be adjusted accordingly.

Stip. & Order for Extension                              1

1 | Respectfully submitted July 9, 2012.

Respectfully submitted,

Dated: July 5, 2012          *S/ Charlotte Jordan*
                             CHARLOTTE JORDAN
                             Plaintiff, Pro Se
                             (authorized via facsimile signature)


                             BENJAMIN B. WAGNER
                             United States Attorney

Date: July 5, 2012           By *s/ Daniel P. Talbert*
                             DANIEL P. TALBERT
                             Special Assistant U. S. Attorney

                             Attorneys for Defendant Michael J. Astrue


IT IS SO ORDERED.

**Dated:   July 10, 2012**              **/s/ Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Extension                    2