# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE JORDAN,<br><br>               Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>               Defendant. | Case No.  1:11-cv-01406-SAB<br><br>ORDER RE CONSENT OR REQUEST FOR REASSIGNMENT<br><br>THIRTY (30) DAY DEADLINE |

      Plaintiff Charlotte Jordan ("Plaintiff") filed this action seeking judicial review of the final decision of Defendant Commissioner of Social Security ("Defendant" or "Commissioner") denying Plaintiff's claims for benefits under the Social Security Act.  (ECF No. 1.)

      On October 28, 2011, Defendant filed their consent to the jurisdiction of a U.S. Magistrate Judge for all purposes.  (ECF No. 9.)  Plaintiff has not filed the form indicating whether she consents or declines to consent to the jurisdiction of a U.S. Magistrate Judge.  This form was sent to Plaintiff on August 26, 2011.  (ECF No. 5.)

      A Magistrate Judge may perform the duties assigned pursuant to 28 U.S.C. § 636(c) and Eastern District Local Rule 302.  However, a Magistrate Judge may not make dispositive rulings without all parties' written consent.  28 U.S.C. § 636(c).  If the parties do consent, a Magistrate Judge may conduct all proceedings and enter judgment in the case subject to direct appellate

1  review by the Ninth Circuit Court of Appeals. If a party declines to consent, a Magistrate Judge
2  shall continue to perform all duties as required by Eastern District Local Rule 302. Due to the
3  overwhelming number of cases in this district pending adjudication before a District Judge,
4  consent to Magistrate Judge jurisdiction may result in speedier adjudication of this action.

   Based on the foregoing, it is HEREBY ORDERED that:

   1.  The Clerk is directed to send a Consent to Assignment or Request for Reassignment form to Plaintiff; and

   2.  Plaintiff is ordered to complete the consent form and file it within **thirty (30) days** of the date of service of this order.

IT IS SO ORDERED.

   Dated:   **February 1, 2013**                          /s/ Stanley A. Boone
                                                       UNITED STATES MAGISTRATE JUDGE